IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK BLOMQUIST; COLETTE BLOMQUIST,<br><br>        Plaintiffs,<br><br>    v.<br><br>GMAC MORTGAGE; UNION FIDELITY MORTGAGE, INC.; MORTGAGEIT, INC.; MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC.; EXECUTIVE TRUSTEE SERVICES, LLC; GEORGE ROBERT PAUL; RANDOLPH BERKELEY MARTIN; CASEY SLEVIN,<br><br>        Defendants. | 2:09-cv-00891-GEB-EFB<br><br>ORDER |

On June 25, 2009, Defendants filed a notice withdrawing the dismissal motion they filed May 22, 2009, since Plaintiffs filed an amended complaint on June 19, 2009. Therefore, the July 20, 2009 hearing on this motion is vacated. Further, since the amended complaint also makes irrelevant the motions filed on June 8, 2009 (docket numbers 12 and 16), the motions filed on June 8, 2009, are deemed withdrawn.

IT IS SO ORDERED.

Dated: June 26, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge